UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| ALAN OBERC, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-1382 |
| BP PLC, *et al*, | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the plaintiff's Rule 41(a)(2) motion for voluntary dismissal without prejudice (Dkt No. 78). The Court, having considered the motion, the defendants' responses, and all other pleadings and evidence before it, finds that the motion should be Granted in part and Denied in part. With respect to the defendants', Willis Group, LLC (improperly named as "Willis Group US Company"); DonWat GP, LLC; Donovan & Watkins, LP; Donovan & Watkins Legal Solutions, LLC (improperly named as DW Legal) (collectively referred to as "the defendants"), the Court ORDERS the following:

Plaintiff's claims for breach of contract, wrongful discharge, negligent performance of contract, violation of the Fair Labor Standards Act ("FLSA") overtime pay provision, defamation, intentional infliction of emotional distress, and negligent infliction of emotional distress are DISMISSED with prejudice.

Plaintiff's cause of action for retaliation in violation of the FLSA is DISMISSED without prejudice, but any future lawsuit filed by the plaintiff that alleges retaliation against the defendants, or which is based on the same facts as the instant litigation, must be refiled in the United States District Court for the Southern District of Texas, Houston Division.

SIGNED on this 30th day of June, 2014.

_____
Kenneth M. Hoyt
United States District Judge